NOT FOR PUBLICATION

STATE OF LOUISIANA

COURT OF APPEAL, THIRD CIRCUIT

05-79

HILDA B. GREENE

VERSUS

PATRICK GREENE, SR.

**************
APPEAL FROM THE
THIRTY-FIRST JUDICIAL DISTRICT COURT
PARISH OF JEFFERSON DAVIS, DOCKET NO. C-460-03
HONORABLE DON AARON, JR., DISTRICT JUDGE

**************
SYLVIA R. COOKS
JUDGE
**************

Court composed of Ulysses Gene Thibodeaux, Chief Judge, Sylvia R. Cooks, and J. David Painter, Judges.

AFFIRMED.

Jack Derrick Miller
A Professional Law Corporation
P.O. Drawer 1650
Crowley, Louisiana 70527-1650
(337) 788-0768
COUNSEL FOR DEFENDANT/APPELLANT:
    Patrick Greene, Sr.


Steven W. Hale
Steven W. Hale & Associates, Inc.
A Professional Law Corporation
1735 Ryan Street
Lake Charles, Louisiana 70601-6049
(337) 433-0612
COUNSEL FOR PLAINTIFF/APPELLEE:
    Hilda B. Greene